# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR516 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RONNEY BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Susan A. Bazis to withdraw as counsel for the defendant, Ronney Brown (Brown) (Filing No. 36). Ms. Bazis represents she has a conflict of interest in this matter. Ms. Bazis's motion to withdraw (Filing No. 36) is granted. Kristina B. Murphree, 1010 South 120th Street, #220, Omaha, NE 68154, (402) 827-7000, is appointed to represent Brown for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Bazis shall forthwith provide Ms. Murphree with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Bazis which are material to Brown's defense.

The clerk shall provide a copy of this order to the Office of the Federal Public Defender and to Ms. Murphree. Ms. Murphree shall enter her written appearance forthwith.

**IT IS SO ORDERED.**

DATED this 6th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge